# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KYLE SMITH,

    Plaintiff,

v.                                     Case No. 3:23-cv-1039-MMH-JBT

CSX TRANSPORTATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 19; Stipulation) filed on March 12, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear his or its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of March, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record